

# MARINOSCI LAW GROUP, PC
Serving the Default Industry

| | | |
|---|---|---|
| CHRISTOPHER K. BAXTER, ESQ. *Admitted in AR, TX, GA & NY* | GARY MARINOSCI, ESQ. *Admitted in RI & MA* | GASTON P. LOOMIS, ESQ. *Admitted in DE, NJ & PA* |
| CHAD MORRONE, ESQ. *Admitted in MA* | DEREK R. COURNOYER, ESQ. *Admitted in FL & RI* | DAVID V. NOYCE, ESQ. *Admitted in KS & MO* |
| JOSEPH M. DOLBEN, ESQ. *Admitted in NH, MA & RI* | DAVID M. BENGS, ESQ. *Admitted in IN & MI* | DIANA A. CARPINTERO, ESQ. *Admitted in IL* |

January 14, 2020

Bruce Garcia
10 Sycamore Lane
Westport, MA 02790

9489 0090 0027 6189 9635 76

RE: 10 Sycamore Lane
Westport, Massachusetts
Loan No.: 0611204637

Dear Bruce Garcia:

This office has been retained by Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2007-AR8, in connection with the mortgage loan on the above-referenced property.

In accordance with the provisions of Massachusetts General Laws Chapter 244, Section 14, you are hereby notified of the foreclosure sale of the above-referenced property on February 12, 2020, at 10:00 AM, all in accordance with the attached legal notice of Mortgagee's Sale of Real Estate. Publication of this notice is scheduled to begin on or about date January 22, 2020 in the <u>Standard-Times</u>.

Enclosed herein please find a deficiency notice, which is being provided to you pursuant to Massachusetts General Laws, Chapter 244, Section 17B. If the debt secured by your mortgage has been discharged in bankruptcy, no demand for payment of the loan is being made, and this notice is given solely to comply with the statute. Pursuant to Massachusetts 209 CMR 18.21A(2)(c), also enclosed please find a copy of a certification signed by Nationstar Mortgage LLC d/b/a Mr. Cooper as well as a copy of the promissory note and any pertinent endorsement(s)/allonge(s) as required by the regulation.

This communication is from a debt collector.

Very truly yours,
Marinosci Law Group, P.C.
Jennifer Iarocci, Esq.

JI/LR
Enclosures
Certified Mail/RRR
and Regular Mail

275 West Natick Road, Suite 500, Warwick, RI 02886      Phone (401) 234-9200 Facsimile (401) 398-2594